SEP 23 2026 PM2:49
FILED - USDC - FLMD - ORL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:26-cr-235-CEM-CAB
18 U.S.C. § 554(a)

MALIK JAMEL QUINEY RICHARDS
a/k/a Jacob Nichols

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
**(Smuggling Goods from the United States)**

On or about May 14, 2026, in the Middle District of Florida, the defendant,

MALIK JAMEL QUINEY RICHARDS,
a/k/a Jacob Nichols,

did knowingly and fraudulently export and send, and attempt to export and send, a firearm, firearm part, and ammunition from the United States to Barbados, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such firearm, firearm part, and ammunition, prior to exportation, knowing the firearm, firearm part, and ammunition to be intended for exportation from the United States contrary to any law and regulation of the United States.

In violation of 18 U.S.C. § 554(a).

**COUNT TWO**
**(Smuggling Goods from the United States)**

On or about May 18, 2026, in the Middle District of Florida, the defendant,

MALIK JAMEL QUINEY RICHARDS,
a/k/a Jacob Nichols,

did knowingly and fraudulently export and send, and attempt to export and send, a firearm, firearm part, and ammunition from the United States to Trinidad and Tobago, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such firearm, firearm part, and ammunition, prior to exportation, knowing the firearm, firearm part, and ammunition to be intended for exportation from the United States contrary to any law and regulation of the United States.

In violation of 18 U.S.C. § 554(a).

**FORFEITURE**

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 554(a), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation, and pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following items, which were seized on or about May 18, 2026: (1) a CANIK TP9SF 9mm pistol (Serial No. obliterated); (2) a Taurus 9mm pistol (Serial Number: AEC211355); (3) a Glock 19 9mm pistol (Serial Number: BHHE389); (4) a Glock 19 9mm pistol (Serial Number: obliterated); and (5) association ammunition.

4. The property to be forfeited also includes, but is not limited to, the following items, which were seized on or about May 21, 2026: (1) a Glock 45 9mm pistol (Serial Number: CGUM238); (2) a Glock 45 9mm pistol (Serial Number: CGUM413); (3) a Glock 45 9mm pistol (Serial Number: CGUM521); (4) a Glock 45 9mm pistol (Serial Number: CGUM529); (5) a Glock 45 9mm pistol (Serial Number: CGUM632); (6) a Glock 45 9mm pistol (Serial Number: CGUM633); and (7) associated ammunition.

5. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

[redacted]

GREGORY W. KEHOE
United States Attorney

By: ______________________
Matthew J. Del Mastro
Special Assistant United States Attorney

By: FOR: ______________________
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
September 26

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

MALIK JAMEL QUINEY RICHARDS
a/k/a Jacob Nichols

INDICTMENT

Violations: 18 U.S.C. § 554(a)

[redacted]

Filed in open court this 23rd day of September 2026.

Clerk

Bail $__________________

GPO 863 525